FILED BC
5/08/2025 GMM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

25cr190
Judge Franklin U. Valderrama
Magistrate Judge M. David Weisman
RANDOM / Cat. 4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC LATHAM | Case No. 25 CR 190<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about April 1, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

ERIC LATHAM,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a 9 millimeter semiautomatic pistol bearing serial number 58C260992, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL JUNE 2024 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a 9 millimeter semiautomatic pistol bearing serial number 58C260992, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY