MR

FILED
6/20/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

**NOTICE OF PRO SE REPRESENTATION**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**ERIC T. LATHAM,**

Defendant.

**Case No.: 1:25 cr 190**

**NOTICE OF PRO SE REPRESENTATION**

COMES NOW the Defendant, Eric T. Latham, Inmate No. 13514-040, appearing pro se and respectfully submits this Notice of Pro Se Representation to the Court and all parties of record, and in support thereof states as follows:

**I. NOTICE OF SELF-REPRESENTATION**

1. I, Eric T. Latham, hereby notify this Honorable Court that I am proceeding pro se (representing myself) in the above-captioned matter until such time as new counsel is appointed by the Court, pursuant to my rights under [28 U.S.C. § 1654 and as recognized in [Faretta v. California, 422 U.S. 806 (1975) .

2. On June 4, 2025, this Court granted the motion of my previous attorney, Clarke Devereux, to withdraw as counsel of record in this case.

3. As of June 12, 2025, no new counsel has been appointed to represent me in this matter, despite the withdrawal of my previous counsel.

4. I am currently incarcerated at the Metropolitan Correctional Center in Chicago, Illinois, and am awaiting the appointment of new counsel.

5. I hereby assert my intention to proceed pro se on a temporary basis until the Court appoints new counsel to represent me in this matter.

## II. CURRENT STATUS OF REPRESENTATION

6. I am currently without legal representation following the Court-approved withdrawal of my previous counsel, Clarke Devereux, on June 4, 2025.

7. I understand that I have a constitutional right to representation by counsel in criminal proceedings, and I am not waiving that right by filing this notice.

8. I am filing this notice solely to inform the Court of my intention to represent myself temporarily while awaiting the appointment of new counsel, as is my right under [Section 35 of the Judiciary Act of 1789 and subsequent federal law.

9. I have an upcoming court date scheduled for July 9, 2025, and wish to ensure that I can participate in any proceedings that may occur before new counsel is appointed.

## III. CAPABILITY FOR TEMPORARY SELF-REPRESENTATION

10. I affirm that I am capable of representing myself on a temporary basis while seeking the appointment of new counsel.

11. I understand, pursuant to [Iowa v. Tovar, 541 U.S. 77 (2004), that self-representation involves certain risks and responsibilities, particularly given the complexity of federal criminal proceedings.

12. I acknowledge that I must comply with all applicable court rules, procedures, and deadlines while proceeding pro se, including but not limited to the Federal Rules of Criminal Procedure and the Local Rules of the United States District Court for the Northern District of Illinois.

13. I understand that the staff of the Clerk's Office can provide procedural information but cannot give legal advice, as specified in the Northern District of Illinois Pro Se Resources guidelines.

## IV. REQUEST FOR COURT COMMUNICATIONS

14. As I am currently incarcerated, I respectfully request that all court communications, notices, orders, and other documents be sent directly to me at the following address:

Eric T. Latham

Inmate No. 13514-040

MCC Chicago

METROPOLITAN CORRECTIONAL CENTER

71 WEST VAN BUREN STREET

CHICAGO, IL 60605

15. I understand that as a pro se litigant, I am responsible for maintaining current contact information with the Court and promptly notifying the Court of any changes to my address or contact information.

16. I acknowledge that I am not permitted to e-file documents on CM/ECF as a pro se litigant, in accordance with [N.D. Ill. Civ. R. 5.2 , and must submit filings through the court's Pro Se Filer Submission webpage or by paper with the Clerk's Office.

## V. ACKNOWLEDGMENT OF RESPONSIBILITIES

17. I understand and acknowledge that while representing myself, I am bound by the same rules, procedures, and standards that govern attorneys practicing before this Court, including the Local Rules of Professional Conduct ([LR83.50.1 through LR83.58.9.

18. I recognize that I must familiarize myself with and adhere to all applicable procedural rules, including deadlines for filing motions, responses, and other documents.

19. I understand that the Court may, at its discretion, appoint standby counsel to assist me, as addressed in [McKaskle v. Wiggins , but that such appointment does not relieve me of my responsibilities as a pro se litigant.

20. I acknowledge that I may seek assistance from the Hibbler Pro Se Federal Court Help Desk, which provides free self-help assistance to pro se litigants through volunteer attorneys.

## VI. VERIFICATION AND CONCLUSION

21. I declare under penalty of perjury that I am Eric T. Latham, the defendant in this case, and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

22. I respectfully request that the Court acknowledge this Notice of Pro Se Representation and maintain me on the service list for all future communications until new counsel is appointed.

23. No special accommodations are requested at this time.

WHEREFORE, I, Eric T. Latham, respectfully submit this Notice of Pro Se Representation and request that the Court and all parties recognize my pro se status until such time as new counsel is appointed to represent me in this matter.

Respectfully submitted this 12th day of June, 2025.

Eric T. Latham, Pro Se

Inmate No. 13514-040

MCC Chicago

METROPOLITAN CORRECTIONAL CENTER

71 WEST VAN BUREN STREET

CHICAGO, IL 60605

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2025, a true and correct copy of the foregoing Notice of Pro Se Representation was served upon all parties of record via U.S. Mail, postage prepaid, addressed as follows:

Clerk of Court

United States District Court

Northern District of Illinois

219 S. Dearborn Street

Chicago, IL 60604

United States Attorney's Office

Northern District of Illinois

219 S. Dearborn Street, 5th Floor

Chicago, IL 60604

Eric T. Latham, Pro Se

Inmate No. 13514-040

Eric Latham # 13514-040
MCC Chicago
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

S SUBURBAN IL 604
16 JUN 2025 PM 3 L






Everett Mckinley Dirksen Courthouse
Attn: Clerks office
#1: 25 CR-190
219 Dearborn Street
Chicago, Illinois 60604

60604$2025 C005

062025-5

RECEIVED

JUN 20 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT