**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:25−cr−00190
Honorable Franklin U. Valderrama
Eric T Latham
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

MINUTE entry before the Honorable Franklin U. Valderrama. As to Eric T Latham: In−person status hearing held on 10/21/2025. All parties appeared in Court. The Court held this hearing to address Defense counsel's pending motion to withdraw counsel [40], as well as Defendant's pro se motion for substitution counsel [42]. As the Court previously informed Defendant, if he allows current counsel, Yelena A. Dolgosheeva, to withdraw, the Court will not appoint new counsel for Defendant. Defendant acknowledged that he understood, and clarified that his motion "for substitution counsel" [42] is a motion for current counsel to withdraw and to allow Defendant to proceed pro se. Defendant informed the Court that he wishes to move forward with the motion and represent himself in this matter. The Court proceeded to conduct a colloquy under Faretta v. California, 422 U.S. 806 (1975) to determine whether Defendant was knowingly and voluntarily waiving his right to counsel. The Court finds that Defendant is competent to represent himself and knowingly and voluntarily waives his right to counsel. Accordingly, the Court grants counsel's motion to withdraw [40] and Defendant's motion for counsel to withdraw [42]. Attorney Yelena A. Dolgosheeva will act as stand−by counsel to Defendant. The Court sets the following briefing schedule on Defendant's pro se motion to suppress [45]: Government's response due 11/12/2025; Defendant's reply due 11/26/2025. Attorney Yelena A. Dolgosheeva will re−file Defendant's recent supplemental motion to the motion to suppress [45] on the docket on his behalf and continue to make available any copies of those filings. The telephonic status hearing set for 12/2/2025 at 9:30 AM stands. The call−in number is 1−855−244−8681 and the access code is 2306 072 6527. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court will rule on the pending motion before or on the next status hearing. Time remains excluded through 12/02/2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.